IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAYLA PIKE, Individually
and on Behalf of All Others
Similarly Situated                                                                                          PLAINTIFF

v.                                            Case No. 4:22-cv-4018

GRKSTL TRANSPORTATION, INC.                                                                     DEFENDANT

# ORDER

Before the Court is a Motion to Withdraw filed by Plaintiff's attorney April Rhéaume. ECF No. 21. No response is necessary.

Ms. Rhéaume has resigned as a full-time member of the Sanford Law Firm, PLLC, which represents Plaintiff. She asks to be allowed to withdraw from this case. The Court finds good cause for the motion (ECF No. 21), which is hereby **GRANTED**. April Rhéaume is hereby relieved as counsel of record for Plaintiff, who will continue to be represented by Josh Sanford and Joanie Harp. The Clerk of Court is **DIRECTED** to remove Ms. Rhéaume from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 11th day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge