IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

**vs.**                                      **No. 4:22-cv-4018-SOH**

**GRKSTL TRANSPORTATION, INC.**                                         **DEFENDANT**

## SECOND JOINT STATUS REPORT

The purpose of this Second Joint Status Report is to update the Court on the status of settlement finalization:

1. On June 6, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted in this lawsuit. *See* Joint Notice of Liability Settlement and Motion to Continue Trial, ECF No. 42.

2. The Parties further stated that they were in the process of finalizing settlement terms. *Id.*

3. On June 9, this Court granted the Parties Joint Notice of Settlement and Motion to Continue Trial and directed the Parties to file, within fourteen (14) days, "either an appropriate motion regarding their settlement agreement or a status update advising the Court of whether and when such a motion will be filed or if a new trial date is required," ECF No. 43.

4. On June 23, 2023, the Parties filed their Joint Status Report, informing the Court that they had drafted the settlement agreement but required more time in order to edit the agreement to the satisfaction of all parties.

5. The Parties have edited the settlement agreement to the satisfaction of all parties,

but require additional time to finalize and execute the agreement.

6.     Unless the Court objects and would prefer a different deadline, the Parties anticipate filing a Motion for Approval by July 28, 2023.

        Respectfully submitted,

        **KAYLA PIKE, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

        Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **DEFENDANT GRKSTL
TRANSPORTATION, INC.**

        CROSS, GUNTHER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Avenue, Ste 200
Post Office Box 3178 (72203)
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035

        Alexander D. Clark
Ark. Bar No. 2017112
aclark@cgwg.com