THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.      No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**      **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

Alexander D. Clark (Counsel) of Rose Law Firm, a Professional Association, for his Motion to Withdraw as Counsel, states:

1. Defendant GRKSTL Transportation, Inc. (Defendant) engaged Counsel for representation in the above-referenced matter.

2. On February 12, 2024, this Court entered its Order approving settlement and dismissing this case.

3. Counsel's representation of Defendants has concluded.

WHEREFORE, Alexander D. Clark respectfully requests permission from the Court to withdraw as counsel for Defendant in this matter.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEYS FOR DEFENDANTS**