IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAYLA PIKE, Individually and on
Behalf of All Others Similarly Situated                                                                PLAINTIFFS

v.                                              Case No. 4:22-cv-04018

GRKSTL TRANSPORTATION, INC.                                                                              DEFENDANT

## ORDER

Before the Court a Motion to Withdraw as Counsel filed by Alexander D. Clark. ECF No. 50. No response is necessary. The Court finds the matter ripe for consideration.

On February 12, 2024, the Court entered an order approving the parties' settlement agreement and dismissing this case. ECF No. 49. Counsel for Defendant, Alexander D. Clark, states that his representation of Defendant has concluded. However, because this case has already been dismissed, the Court finds that the instant motion should be denied as moot. Accordingly, the Motion to Withdraw as Counsel (ECF No. 50) is hereby **DENIED as MOOT**.

**IT IS SO ORDERED**, this 4th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge