IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                      **DEFENDANT**

## PLAINTIFFS' MOTION TO REOPEN CASE

Named Plaintiff Kayla Pike, individually and on behalf of all others similarly situated, by and through her undersigned counsel, hereby submits the following for her Motion to Reopen Case:

1. The Parties reached an agreement to settle all claims alleged in this case and filed a Joint Motion for Approval of Settlement and Dismissal with Prejudice on July 27, 2023. ECF No. 46.

2. On February 15, 2024, this Court entered an Order and Judgment approving the settlement and dismissing this matter with prejudice. ECF No. 49.

3. The Court in its Order also "retain[ed] jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary." *Id.* at p. 3.

4. To date, Defendant has not tendered any payments to Plaintiffs and Plaintiffs' counsel.

5. Named Plaintiff now requests that this Court reopen the above-styled case for purposes of enforcement of the agreed settlement.

6. This request to reopen the case is made in good faith and not for reasons of delay; Defendant has not fulfilled their obligations to Plaintiffs or Plaintiffs' counsel under the settlement agreement.

WHEREFORE, Named Plaintiff respectfully pray that her Motion to Reopen Case be granted, that this case be reopened for the purpose of enforcing the parties' settlement, and for all other relief the Court may find necessary or proper.

Respectfully submitted,

**KAYLA PIKE, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com