IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAYLA PIKE, Individually and on
Behalf of All Others Similarly Situated                                                PLAINTIFF

v.                                    Case No. 4:22-cv-4018

GRKSTL TRANSPORTATION, INC.                                                           DEFENDANT

## ORDER

Before the Court is Plaintiff Kayla Pike's Motion to Reopen Case. (ECF No. 36). Defendant Grkstil Transportation, Inc. has not responded. The Court finds the matter ripe for consideration.

On February 2, 2024, the Court entered an order granting the parties' Joint Motion for Approval of Settlement and Dismissal. (ECF No. 49). The order approved the parties' Settlement Agreement and dismissed the case with prejudice. (ECF No. 49). The Court, however, retained jurisdiction to vacate the order and reopen the action upon cause that the settlement had not been completed and further litigation was necessary. In the instant motion, Plaintiff alleges that Defendant is not abiding by the terms of the settlement agreement and has not tendered any payments to Plaintiff or Plaintiff's counsel. (ECF No. 52)

Plaintiff is now asking the Court to reopen this action for the purpose of enforcing the parties' settlement agreement. Upon consideration, the Court finds that Plaintiff's Motion to Reopen Case (ECF No. 52) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 12th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge