IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on Behalf**          **PLAINTIFF**
**of All Others Similarly Situated**

vs.                              No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                    **DEFENDANT**

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Kayla Pike ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her undersigned counsel and for her Motion for Entry of Default for Defendant GRKSTL Transportation, Inc. ("Defendant"), states and alleges as follows:

1.      The parties filed their Joint Motion for Approval of Settlement and Dismissal on July 7, 2023. ECF No. 46. The Court entered an Order approving the settlement on February 12, 2024. ECF No. 49.

2.      Pursuant to the settlement, Defendant was required to make the first $500.00 installment payment on the settlement on March 13, 2024. *See* Settlement Agreement, ECF No. 46-1 (requiring Defendant to make monthly $500.00 payments beginning no later than 30 days from entry of the Court's Order approving the settlement).

3.      On April 3, 2024, Defendant's counsel moved to withdraw from the case. ECF No. 50. The next day, the Court denied the motion as moot, acknowledging Defendant's counsel's claim that his representation of Defendant had concluded, but noting that the case had already been dismissed. ECF No. 51.

**Page 1 of 3**
**Kayla Pike, et al. v. GRKSTL Transportation, Inc.**
**U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH**
**Motion for Entry of Default**

4.      On April 12, 2024, Plaintiff moved to reopen the case to enforce the settlement because Defendant had made zero payments toward the settlement amount. ECF No. 52.

5.      On May 2, while Plaintiff's motion was pending, Defendant paid $2,000.00 to Plaintiff's counsel, but has not made any further payments. *See* Settlement Check, attached as Ex. 1.

6.      This Court reopened the case to enforce the settlement on September 12, 2024. ECF No. 53.

7.      Based on the record, it is unclear whether Defendant is currently represented by counsel. As a corporate entity, Defendant is not permitted to proceed pro se. *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993).

8.      Plaintiff intends to pursue a default judgment for sum certain on the remainder of the settlement amount in this case to enforce the settlement but must obtain an entry of default from this Court prior to doing so.

9.      Plaintiff respectfully requests that the Court a) clarify whether Defendant is currently represented by counsel; b) provide due notice to Defendant to obtain counsel if it is not represented; and c) enter default against Defendant as an unrepresented corporate entity if it fails to acquire new counsel as mandated by Rule 55(a).

WHEREFORE, premises considered, Plaintiff Kayla Pike, individually and on behalf of all others similarly situated, respectfully requests that the Court enter the default of Defendant GRKSTL Transportation, Inc., for attorney's fees and costs incurred herein, and for all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

**Page 2 of 3**
**Kayla Pike, et al. v. GRKSTL Transportation, Inc.**
**U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH**
**Motion for Entry of Default**

Respectfully submitted,

**KAYLA PIKE, Individually and on
Behalf of All Others Similarly Situated,
PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2020086
josh@sanfordlawfirm.com

**Page 3 of 3
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Motion for Entry of Default**