

Case # 4:22-cv-04018

**COMMERCIAL NATIONAL BANK**

No. 805825

8-104 / 829

REMITTER JOE GAY & GRKSTL

DATE May 1, 2024

PAY TO THE ORDER OF SANFORD LAW FIRM, PLLC     $ 2,000.00

**** Two Thousand and 00/100 ****

DOLLARS

**CASHIER'S CHECK**

Customer Copy
**NON-NEGOTIABLE**

---

**COMMERCIAL NATIONAL BANK**
P.O. Box 1998 • Texarkana, TX 75504-1998
(903) 831-4561 • www.cnbtxk.com • (870) 773-4561

No. 805825

8-104 / 829

REMITTER JOE GAY & GRKSTL

DATE May 1, 2024

PAY TO THE ORDER OF SANFORD LAW FIRM, PLLC     $ 2,000.00

**** Two Thousand and 00/100 ****

DOLLARS

**CASHIER'S CHECK**

*Ashley Rodgers*

⑈ 805825⑈ ⑉082901046⑉ 500003⑈