THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**                                                  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.                             No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                                      **DEFENDANT**

### RESPONSE TO MOTION FOR DEFAULT AND
### REQUEST FOR EXTENSION OF TIME TO RESPOND

1. On November 21, 2024, Plaintiffs filed their Motion for Entry of Default. ECF No. 54.

2. On January 16, 2025, the Court entered its Order directing Defendants GRKSTL Transportation, Inc. (GRKSTL) to file its response to the Motion for Entry of Default by January 30, 2025, and instructing undersigned counsel to recommence his representation of GRKSTL. ECF No. 55.

3. Counsel has attempted to make contact with the corporate representative for GRKSTL by phone, U.S. Mail, and electronic mail, regarding Plaintiff's Motion for Default, the Court's January 16, 2025 Order, and responding to the Motion for Default.

4. As of the date of this filing, counsel has been unable to make contact with GRKSTL and, as such, is unable to competently communicate with GRKSTL regarding default.

5. Filed in conjunction with this Response, undersigned counsel is filing his Renewed Motion to Withdraw.

6. In the event the Court grants the Motion to Withdraw, counsel requests of behalf of GRKSTL an extension of time to respond to the Motion for Default for thirty (30) days to find

new counsel and an additional fifteen (15) days once counsel is found, for a total of forty-five (45) days.

7. In the event the Court denies the Motion to Withdraw, counsel requests an extension of time to respond to the Motion for Default for fourteen (14) days to continue efforts to make contact with GRKSTL.

8. In the event, the Court denies the Motion to Withdraw and the request for an extension of time to respond to Plaintiffs' Motion for Default, GRKSTL states that the Settlement Agreement provides that, in the event of breach of the Agreement, the non-breaching party may present the Agreement to this Court for purposes of obtaining injunctive and/or monetary relief, as well as damages arising from any breach, including legal fees and costs. Therefore, GRKSTL requests that litigation not be reopened.

WHEREFORE, GRKSTL respectfully requests that the Court extend the time to respond to Plaintiffs' Motion for Default as set forth herein and for all other relief to which it may be entitled.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
ROSE LAW FIRM, Professional Association
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEY FOR DEFENDANTS**