**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**KAYLA PIKE, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.                                    No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                              **DEFENDANT**

<u>**RENEWED MOTION TO WITHDRAW AS COUNEL**</u>

Alexander D. Clark (Counsel) of Rose Law Firm, a Professional Association, for his Renewed Motion to Withdraw as Counsel, states:

1.      On February 12, 2024, the Court granted the Parties' Joint Motion for Approval of Settlement and Dismissal, dismissing the claims against Defendant GRKSTL Transportation, Inc. (GRKSTL) but retaining jurisdiction to vacate its Order and reopen the case upon cause shown that the settlement has not been completed and further litigation is necessary. *See* ECF NO. 46.

2.      On April 3, 2024, Counsel filed his Motion to Withdraw as Counsel for GRKSTL on the basis that his representation of GRKSTL has concluded. *See* ECF No. 50.

3.      On April 4, 2024, the Court denied the Motion to Withdraw as Counsel as moot, as the case was already dismissed. *See* ECF No. 51.

4.      After the Court's April 4, 2024 Order, Counsel took appropriate steps to conclude his representation of GRKSTL.

5.      On April 12, 2024, Plaintiffs moved to reopen the case, *see* ECF No. 52, which the Court granted on September 12, 2024, *see* ECF No. 53.

6.    On November 21, 2024, Plaintiffs filed their Motion for Default, *see* ECF No. 54, alleging that GRKSTL made a payment of $2,000 to Plaintiff's counsel but no further payments, *see id.* at ¶ 5. Therefore, Plaintiffs requested the entry of default against GRKSTL. *See id*. at ¶ 9.

7.    Plaintiffs' Motion for Default also requested clarification on whether GRKSTL was still represented by counsel. *See id.* at ¶¶ 7, 9.

8.    On January 16, 2025, the Court entered its Order indicating that Counsel is listed on the docket as counsel of record for GRKSTL and directing GRKSTL to respond to Plaintiff's Motion for Entry of Default by January 30, 2025. *See* ECF No. 55.

9.    On January 16, 2025, Counsel attempted to contact GRKSTL (via its representative) by phone, private delivery service, U.S. Mail, and electronic mail (email), concerning this matter. Numerous additional attempts to contact GRKSTL by phone and email were made from January 18, 2025 to January 29, 2025. However, as of the date of this filing, Counsel has been unable to make contact with GRKSTL.

10.    Counsel is unable to provide competent representation to GRKSTL without communication with the corporate representative of GRKSTL.

11.    Accordingly, Counsel renews his motion to withdraw as counsel to GRKSTL.

12.    In the event the Court grants Counsel's renewed request to withdraw as counsel, counsel requests: (a) the Court provide GRKSTL thirty (30) days after entry of the Order to obtain new counsel; (b) the Court extend the time of GRKSTL to respond to Plaintiffs' Motion for Default to forty-five (45) days after the Order.

13.    In the event the Court grants counsel's renewed request to withdraw as counsel, Counsel will promptly take any action ordered by the Court to provide or facilitate the provision of notice of the Order to GRKSTL, including: filing notice with the Court disclosing contact

information for GRKSTL's corporate representative; sending notice to GRKSTL's corporate representative of the Order and any obligations contained in the Order; and/or any other action the Court directs.

WHEREFORE, Alexander Clark respectfully requests that the Court grants his Motion, permit his withdrawal as counsel for GRKSTL, and for all other relief to which he may be entitled.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
ROSE LAW FIRM, Professional Association
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEY FOR DEFENDANT**