IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE**                                                                                                          **PLAINTIFF**

vs.                                              No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                                                       **DEFENDANT**

### REPLY TO MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff filed her Motion for Clerk's Entry of Default under the impression that Defendant was an unrepresented corporation, which is not permitted and must result in default. Plaintiff recognizes that default is improper against a corporate defendant represented by counsel and withdraws her Motion for Clerk's Entry of Default. Plaintiff intends to file a motion to enforce the settlement within the next 90 days.

Respectfully submitted,

**KAYLA PIKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 1
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Reply to Motion for Default Judgment for Sum Certain