IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAYLA PIKE, Individually and on
Behalf of All Others Similarly Situated                                                        PLAINTIFF

v.                                         Case No. 4:22-cv-04018

GRKSTL TRANSPORTATION, INC.                                                                   DEFENDANT

**ORDER**

      Before the Court is a Motion for Entry of Default filed by Plaintiff. (ECF No. 54). However, on January 16, 2025, the Court directed Defendant to respond to the Motion for Entry of Default. (ECF No. 55). On January 30, 2025, counsel for Defendant responded and stated that he was unable to reach the Defendant but that he would keep attempting to make contact. (ECF No. 56, at 1). On March 4, 2025, the Court gave counsel for Defendant additional time to make contact with the Defendant. (ECF No. 58). On March 25, 2025, Plaintiff filed a reply and states that she filed for entry of default under the impression that Defendant was unrepresented and that she recognizes that default is improper against a corporate defendant represented by counsel. Plaintiff also states that she "withdraws her Motion for Clerk's Entry of Default." (ECF No. 60). Further, Plaintiff provides that she will file a motion to enforce the settlement within ninety (90) days. (ECF No. 60). The Court notes that ninety-seven (97) days have now passed, and Plaintiff has brought no motion for the Court's consideration. Thus, Plaintiff is hereby **DIRECTED** to provide a status update on whether she still intends to pursue a motion to enforce the settlement. **Plaintiff has up to and including July 7, 2025, to file this update.** Additionally, Plaintiff's Motion for Entry of Default is hereby **DENIED AS MOOT**.

      **IT IS SO ORDERED**, this 30th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge