IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on Behalf**            **PLAINTIFF**
**of All Others Similarly Situated**

vs.           No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**           **DEFENDANT**

## STATUS REPORT ON MOTION TO ENFORCE SETTLEMENT

Plaintiff Kayla Pike ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her undersigned counsel and for her Status Report on Motion to Enforce Settlement, states as follows:

1. Plaintiff apologizes to the Court for not filing a motion to enforce the settlement within the ninety (90) days originally contemplated. Plaintiff does still intend to pursue a motion to enforce the settlement.

2. Accordingly, Plaintiff respectfully requests that the Court allow until July 21, 2025, to file her motion to enforce the settlement or otherwise advise the Court of the status of the matter.

Page 1 of 2
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Status Report on Motion to Enforce Settlement

Respectfully submitted,

**KAYLA PIKE, Individually and on
Behalf of All Others Similarly Situated,
PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2020086
josh@sanfordlawfirm.com

**Page 2 of 2
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Status Report on Motion to Enforce Settlement**