IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on Behalf**            **PLAINTIFF**
**of All Others Similarly Situated**

vs.            No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**            **DEFENDANT**

## MOTION TO ENFORCE SETTLEMENT

Plaintiff Kayla Pike ("Plaintiff"), by and through her attorneys of Sanford Law Firm, PLLC, and for her Motion to Enforce Settlement, states and alleges as follows:

1. Plaintiffs filed their Original Complaint on February 23, 2022, against Defendant GRKSTL Transportation, Inc. ("Defendant"). ECF No. 1. Defendant, through representation, filed its Answer on May 31, 2022. ECF No. 10.

2. The parties reached a settlement in November of 2022 in which Defendant agreed to pay a total of $15,200.00 dispersed as follows: Defendants agreed to pay Plaintiff and Opt-in Plaintiffs (collectively "Plaintiffs") $4,500.00 as back wages and $4,500.00 as liquidated damages to settle all FLSA claims and agreed to pay the Sanford Law Firm $6,200.00 to settle fees and costs of the litigation. These payments were to be made in multiple installments beginning no later than 30 days from the Court's entry of an Order approving the settlement. *See* Decl. of Josh Sanford ("Decl. Sanford") ¶ 5–6, attached as Ex. 2. In exchange, Plaintiffs agreed to dismiss this case with prejudice and release Defendants from all future claims. *Id*.

3. The parties fully executed the Settlement Agreement on July 7, 2023, and

filed their Joint Motion for Approval of Settlement and Dismissal the same day. ECF No. 46. The Court entered an Order approving the Agreement on February 12, 2024. ECF No. 49.

4. Defendant failed to make timely payments by the March 13, 2024, deadline. Plaintiff moved to reopen the case to enforce the settlement on April 12, 2024. ECF No. 52. While the Motion to Reopen was pending, Defendant tendered a payment of $2,000.00 to the Sanford Law Firm. Decl. Sanford ¶ 10.

5. Defendant has made no further payments and efforts to reach Defendant have been unsuccessful. *Id*. at ¶ 10–11.

6. Defendant has refused to carry out its full obligations under the agreement. Plaintiffs have performed all their obligations under the settlement agreement jointly approved by the parties.

WHEREFORE, premises considered, Plaintiffs pray that the Court enter an Order finding that the parties have entered into a valid settlement agreement and ordering Defendant to abide by the terms of the settlement contract, and for all other relief to which Plaintiffs may be entitled.

Respectfully submitted,

**KAYLA PIKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com