IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on Behalf**                              **PLAINTIFF**
**of All Others Similarly Situated**

vs.                                No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                                     **DEFENDANT**

## DECLARATION OF JOSH SANFORD

I, Josh Sanford, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Josh Sanford, and I am over the age of 18, and duly qualified to execute this Declaration.

2. I am licensed to practice law in all courts in the State of Arkansas, including this one.

3. I am the attorney for Plaintiffs Kayla Pike and Opt-in Plaintiffs Brent Boyd, Dillion Springer, William Rather, Justin Sanders, Teresa Davis, Hazel Miller, Amber Hill, Sharaven Blaylock, and Frances Thompson (collectively "Plaintiffs").

4. Attorneys at my Sanford Law Firm engaged in settlement negotiations with Defendant GRKSTL Transportation, Inc. ("Defendant") in November of 2022 through Defendant's counsel Alexander D. Clark of Rose Law Firm, P.A.

5. Through these negotiations, the parties were able to reach a settlement of all claims in this case. *See* Settlement Agreement, attached as Ex. 2 to Plaintiff's Motion to Enforce. Defendant agreed to pay Plaintiffs a total of $15,200.00, $4,500.00 to be

distributed to Plaintiffs as back wages, $4,500.00 to be distributed to Plaintiffs as liquidated damages, and $6,200.00 to the Sanford Law Firm as attorneys' fees and costs. *Id*.

6. Under the Settlement Agreement, Defendant agreed to remit payments in installments of $500.00 per month, beginning no later than 30 days from the Court's entry of an Order approving the Agreement. *Id*.

7. The parties fully executed the Settlement Agreement on July 7, 2023, and filed their Joint Motion for Approval of Settlement and Dismissal the same day. ECF No. 46. The Court entered an Order approving the Agreement on February 12, 2024. ECF No. 49.

8. Defendant failed to make timely payments by the March 13, 2024, deadline. Sanford Law Firm reached out to Defendant's counsel to check on the status of the first check and was informed that Defendant's counsel no longer represented Defendant and intended to withdraw from the case.

9. Defendant's counsel formally moved to withdraw from the case on April 4, 2024, which the Court denied as moot because the case was already dismissed. ECF Nos. 50, 51.

10. Plaintiff moved to reopen the case to enforce the settlement agreement on April 12, 2024. ECF No. 52. On May 1, while the Motion to Reopen was pending, Defendant tendered a payment of $2,000.00 to the Sanford Law Firm. *See* Settlement Check, attached as Ex. 3 to Plaintiff's Motion to Enforce. Defendant has not made any further payments.

11. Defendant's counsel has likewise been unable to reach Defendant or determine why Defendant has not made payments as agreed.

12. As Defendant is unreachable, Plaintiffs require a judgment from this Court in order to enforce the terms of the Settlement Agreement. Defendant has made a single payment of $2,000.00 toward the settlement amount, leaving an outstanding balance of $13,200.00.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 18th day of July, 2025.

*/s/ Josh Sanford*
**JOSH SANFORD**