

Case #
4:22-CV-04018

**COMMERCIAL** NATIONAL BANK

No. 805825

8-104
829

REMITTER JOE GAY & GRKSTL

DATE May 1, 2024

PAY TO THE
ORDER OF SANFORD LAW FIRM, PLLC

$ *******2,000.00

**** *Two Thousand and 00/100***** 

DOLLARS

**CASHIER'S CHECK**

Customer Copy
**NON-NEGOTIABLE**

**COMMERCIAL** NATIONAL BANK

No. 805825

P.O. Box 1998 • Texarkana, TX 75504-1998
(903) 831-4561 • www.cnbtxk.com • (870) 773-4561

8-104
829

REMITTER JOE GAY & GRKSTL

DATE May 1, 2024

PAY TO THE
ORDER OF SANFORD LAW FIRM, PLLC

$ *******2,000.00

**** *Two Thousand and 00/100***** 

DOLLARS

**CASHIER'S CHECK**

805825   08290 1046   50000 3