THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**
**Behalf of All Others Similarly Situated**                                                                    **PLAINTIFF**

**v.**                                          **CASE NO. 4:22-cv-4018-SOH**

**GRKSTL TRANSPORTATION, INC.**                                                                    **DEFENDANT**

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO ENFORCE SETTLEMENT

Defendant GRKSTL Transportation, Inc. ("Defendant"), by and through its undersigned counsel, Rose Law Firm, a Professional Association, and for its Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Enforce Settlement herein states:

1. Plaintiff filed her Motion to Enforce Settlement with supporting brief on July 18, 2025.

2. The current deadline for Defendant to respond to the Motion to Enforce Settlement is August 1, 2025. However, Defendant requires additional time to respond to Plaintiff's Motion to Enforce Settlement.

3. Defendant respectfully requests an additional seven (7) days, up to and including August 8, 2025, to file a response to Plaintiff's Motion to Enforce Settlement.

4. Counsel for Plaintiff is not opposed to an additional seven (7) day extension of time for Defendant to respond to the Motion to Enforce Settlement and is not opposed to this motion.

5. This extension does not prejudice any of the parties and is not requested for the purpose of delay.

WHEREFORE, Defendant GRKSTL Transportation, Inc., requests this Court grant its unopposed motion and extend its time for responding to Plaintiff's Motion to Enforce Settlement by seven (7) days up to and including August 8, 2025 .

                                                              Respectfully submitted,

`

                                        Alexander D. Clark, Ark. Bar No. 2017112
                                        ROSE LAW FIRM, Professional Association
                                        120 East Fourth Street
                                        Little Rock, AR 72201
                                        Phone: (501) 375-9131
                                        Fax: (501) 375-1309
                                        Email: aclark@roselawfirm.com

                                        **ATTORNEY FOR DEFENDANT**