THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.     No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**     **DEFENDANT**

## RESPONSE TO MOTION TO ENFORCE SETTLEMENT

Defendant GRKSTL Transportation, Inc. (Defendant), by and through its undersigned counsel, Rose Law Firm, a Professional Association, and for its Response to Plaintiff's Motion to Enforce Settlement herein states:

1. On July 18, 2025, Plaintiff Kayla Pike filed her Motion to Enforce Settlement and supporting Brief. *See* ECF Nos. 63, 64.

2. Despite continued efforts, undersigned Counsel has been unable to make contact with Defendant's representative. *See e.g.* ECF Nos. 56, 57, 63–1.[1] Consequently, Counsel is unable to provide a response to the allegations in the Motion to Enforce Settlement.[2]

3. Undersigned Counsel has filed a Second Renewed Motion to Withdraw in conjunction with this Response.

---

[1] *See also* Counsel's Second Renewed Motion to Withdraw as Counsel, which is filed in conjunction with this Response.

[2] Counsel notes that the Settlement Agreement was fully executed on July 27, 2023, *see* ECF No. 63–2, not July 7, 2023, *see* ECF No. ECF No. 63, ¶ 3. This discrepancy is not substantive and appears to be merely a minor clerical error.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
ROSE LAW FIRM, Professional Association
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEY FOR DEFENDANT**