IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on Behalf**                                            **PLAINTIFF**
**of All Others Similarly Situated**

vs.                      No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                                        **DEFENDANT**

## **STATUS REPORT ON ORDER REGARDING MOTION TO ENFORCE SETTLEMENT**

Plaintiff Kayla Pike ("Plaintiff"), individually and on behalf of all others similarly situated, pursuant to the Court's Order dated August 25, 2025 (ECF No. 70), respectfully submits this status report.

As of the date of this filing, Defendant has not made the ordered payment of $13,200.00 and has not contacted Plaintiff's counsel. The Order was transmitted by email and has also been sent by mail, with direct signature required, pursuant to the Court's directive. However, Plaintiff does not yet have confirmation that Defendant has received the Court's Order, as no proof of delivery or return receipt has been provided by the U.S. Postal Service yet.

Plaintiff will file a further status report in thirty (30) days to advise the Court whether payment has been made, whether Defendant has contacted Plaintiff's counsel, and whether proof of receipt of the Order has been obtained.

Page 1 of 2
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Status Report on Order Regarding Motion to Enforce Settlement

Respectfully submitted,

**KAYLA PIKE, Individually and on
Behalf of All Others Similarly Situated,
PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2020086
josh@sanfordlawfirm.com

**Page 2 of 2
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Status Report on Order Regarding Motion to Enforce Settlement**