IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on Behalf**                                              **PLAINTIFF**
**of All Others Similarly Situated**

vs.                                     No. 4:22-cv-4018-SOH

**GRKSTL TRANSPORTATION, INC.**                                                         **DEFENDANT**

## STATUS REPORT ON ORDER REGARDING MOTION TO ENFORCE SETTLEMENT

Plaintiff Kayla Pike ("Plaintiff"), individually and on behalf of all others similarly situated, pursuant to the Court's Order dated December 2, 2025 (ECF No. 72), respectfully submits this Status Report.

1. **Status of Payment and Contact.** As of the date of this filing, Defendant has not made the ordered payment of $13,200.00. Furthermore, Defendant has not contacted Plaintiff's counsel regarding the settlement or the Court's previous Orders.

2. **Defendant's Receipt of the Order.** Plaintiff has not received confirmation from the U.S. Postal Service that Defendant received the copy of the Order sent via certified mail. In an effort to ensure delivery, Plaintiff retained a process server to personally serve the Order upon Defendant. The process server has made five separate attempts to serve Defendant but has been unsuccessful.

3. **Plaintiff's Plan to Proceed.** The Court directed Plaintiff to advise how she intends to proceed in this matter. Plaintiff notes that the Court has granted the Motion to Enforce Settlement and that Plaintiff currently possesses an enforceable settlement agreement.

Page 1 of 2
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Status Report on Order Regarding Motion to Enforce Settlement

Plaintiff appreciates the Court's assistance in this matter. At present, Defendant remains unreachable and cannot be located for service, rendering further enforcement efforts impracticable at this time. Plaintiff continues to monitor the situation and stands ready to pursue appropriate enforcement remedies should Defendant's whereabouts or ability to satisfy the settlement become known.

Accordingly, Plaintiff respectfully requests that the Court relieve her of any obligation to file further periodic status reports. Should circumstances change such that court intervention becomes necessary, Plaintiff will promptly notify the Court and seek appropriate relief. Plaintiff thanks the Court for its assistance to date.

Respectfully submitted,

**KAYLA PIKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2020086
josh@sanfordlawfirm.com

Page 2 of 2
Kayla Pike, et al. v. GRKSTL Transportation, Inc.
U.S.D.C. (W.D. Ark.) Case No. 4:22-cv-4018-SOH
Status Report on Order Regarding Motion to Enforce Settlement