IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KAYLA PIKE, Individually and on**                                    **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

**vs.**                                Case No. 4:22-cv-04018

**GRKSTL TRANSPORTATION, INC.**                          **DEFENDANT**

## NOTICE OF DEFENDANT'S CONTACT INFORMATION

Alexander D. Clark (Counsel) of Rose Law Firm, a Professional Association, for his Notice

of Defendant's Contact Information, states:

1.      On March 20, 2026, the Court granted Counsel's Second Renewed Motion to

Withdraw as Counsel, relieving Counsel as the lawyer for Defendant GRKSTL Transportation,

Inc. (Defendant), and instructing Counsel to: (a) mail a copy of the Court's March 20, 2026 Order

to Defendant's last known address; and (b) file notice of Defendant's last known mailing address

by March 27, 2026. ECF No. 74.

2.      In accordance with the Court's Order, Counsel has attempted to contact

Defendant's representative at the following mailing addresses:

Mailing Address:      2415 N. Mosley
                      Texarkana, AR 71854

Mailing Address:      419 Turkey Creek
                      Texarkana, AR 78746

Mailing Address:      102 Laurel Valley Road
                      West Lake Hills, TX 78746

Mailing Address:      336 Miller County 68
                      Texarkana, AR 71854

1

3.      Counsel has mailed a copy of the Court's March 20, 2026 Order to Defendant at the each of the above-referenced mailing addresses, in accordance with the Court's Order.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

2